| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Denise Carlon, Esq. <br> KML Law Group, PC <br> 216 Haddon Avenue, Suite 406 <br> Westmont, NJ 08108 <br> M&T Bank <br><br> In Re: <br>   Ji Soon Jang aka Jason Jang <br>   Soon Rye Jang <br><br>   Debtors | Order Filed on December 6, 2016 <br> by Clerk U.S. Bankruptcy Court <br> District of New Jersey <br><br> Case No:   15-10131 JKS <br><br> Hearing Date: December 6, 2016 <br><br> Judge:  John K. Sherwood |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: December 6, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of <u>M&T Bank</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

  **Land and premises commonly known as 7 Irene Pl, Wayne Twp NJ 07470**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 15-10131-JKS
Ji Soon Jang                                                        Chapter 7
Soon Rye Jang
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin               Page 1 of 1          Date Rcvd: Dec 07, 2016
                              Form ID: pdf903           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2016.
db/jdb          +Ji Soon Jang,   Soon Rye Jang,   7 Irene Place,   Wayne, NJ 07470-5518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2016 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    HUDSON CITY SAVINGS BANK nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric R. Perkins     eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,
               gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com;slahr@mdmc-law.com
              Howard Z. Myerowitz    on behalf of Joint Debtor Soon Rye  Jang hmyerowitz@songlawfirm.com,
               jhong@songlawfirm.com
              Howard Z. Myerowitz    on behalf of Defendant Woody  Jang hmyerowitz@songlawfirm.com,
               jhong@songlawfirm.com
              Howard Z. Myerowitz    on behalf of Debtor Ji Soon  Jang hmyerowitz@songlawfirm.com,
               jhong@songlawfirm.com
              Jae Y. Kim    on behalf of Spec. Counsel Jae Y. Kim jkim@jyklaw.com,
               rmarelic@jyklaw.com;miok.kim@jyklaw.com;jyklaw@yahoo.com
              Ji Hyun  Ryu    on behalf of Defendant Ji Soon Jang jhong@songlawfirm.com,   qyang@songlawfirm.com
              Ji Hyun  Ryu    on behalf of Defendant Soon R Jang jhong@songlawfirm.com,   qyang@songlawfirm.com
              John Philip Schneider    on behalf of Creditor    HUDSON CITY SAVINGS BANK nj.bkecf@fedphe.com
              Kyong  Chung    on behalf of Debtor Ji Soon  Jang kchung@songlawfirm.com,   qyang@songlawfirm.com
              Kyong  Chung    on behalf of Joint Debtor Soon Rye  Jang kchung@songlawfirm.com,
               qyang@songlawfirm.com
              Raymond  Marelic    on behalf of Trustee Eric R. Perkins rmarelic@jyklaw.com,
               jkim@jyklaw.com;rmarelic@gmail.com
              Raymond  Marelic    on behalf of Plaintiff Eric  Perkins rmarelic@jyklaw.com,
               jkim@jyklaw.com;rmarelic@gmail.com
                                                                                              TOTAL: 15
```