LAW OFFICES OF JAE Y. KIM, LLC
One University Plaza, Suite 212
Hackensack, New Jersey 07601
E-mail: jkim@jyklaw.com
Tel: (201) 488-8600
Fax: (201) 488-8633
Attorneys for plaintiff:
Eric R. Perkins in his capacity as Chapter 7
Trustee for the bankruptcy estate of
Ji Soon Jang and Soon Rye Jang

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| In the Matter of:<br><br>JI SOON JANG and SOON RYE JANG<br><br>debtors. | Chapter 7<br><br>Case No. 15-10131(JKS) |
| ERIC R. PERKINS in his capacity as Chapter 7 trustee for the bankruptcy estate of Ji Soon Jang and Soon Rye Jang,<br><br>plaintiff,<br><br>v.<br><br>JI SOON JANG, SOON R. JANG, MONTCLAIR PIZZA HOUSE, INC., and WOODY JANG and JOHN DOES 1-10,<br><br>defendant. | Adv. Pro. No. 16-1003 |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

Plaintiff Eric R. Perkins in his capacity as Chapter 7 Trustee for the bankruptcy estate of Ji Soon Jang and Soon Rye Jang ("Trustee") in this case proposes a compromise, or to

*Case No. 15-10131(JKS)::Adv. Pro. No. 16-1003*
*Notice Of Proposed Compromise*
*or Settlement Of Controversy*

settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

**Address of the Clerk:**

United States Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on September 26, 2017, at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3D, 50 Walnut Street, Newark, NJ 07102 *(hearing to be scheduled for at least 28 days from the date of the filing of the notice)*.

If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action:**

Adversary proceeding against debtors, Woody Jang and Montclair Pizza House to deny discharge pursuant to 11 U.S.C. 727(a)(3) and 727(a)(4) and avoid fraudulent transfers pursuant to 11 USC §544(b)(1), §548(a)(1)(A)&(B) and §550(a)(1)&(2).

**Pertinent terms of settlement:**

Ji Soon Jang, Soon R. Jang, Woody Jang and Montclair Pizza House, Inc., shall be jointly and severally liable to Trustee

- 2 -

*Case No. 15-10131(JKS)::Adv. Pro. No. 16-1003*
*Notice Of Proposed Compromise*
*or Settlement Of Controversy*

and shall pay directly to Trustee the sum total of eleven thousand two hundred and fifty dollars ($11,250.00) within 14 days after this settlement has been approved by the bankruptcy court.

Objections must be served on, and requests for additional information directed to:

Name:    Jae Y. Kim, Esq.
           c/o Law Offices of Jae Y. Kim, LLC

Address:  One University Plaza, Suite 212
           Hackensack, New Jersey 07601

Telephone No.: (201) 488-8600    E-mail: jkim@jyklaw.com

                          Respectfully submitted,

                          LAW OFFICES OF JAE Y. KIM, L.L.C.
                          attorneys for plaintiff Eric Perkins in
                          his capacity as Chapter 7 trustee for
                          the bankruptcy estate of debtor
                          Ji Soon Jang, Soon R. Jang

                          By: /s/ Raymond Marelic
                              Raymond Marelic, Esq.

DATED: August 28, 2017

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 15-10131-JKS
Ji Soon Jang                                                           Chapter 7
Soon Rye Jang
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 2           Date Rcvd: Aug 29, 2017
                            Form ID: pdf905        Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2017.
```
db/jdb         +Ji Soon Jang,    Soon Rye Jang,    7 Irene Place,    Wayne, NJ 07470-5518
aty            +McElroy, Deutsch, Mulvaney & Carpenter, LLP,    570 Broad Street, Ste. 1500,
                 Newark, NJ 07102-4560
cr             +HUDSON CITY SAVINGS BANK,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
sp             +Jae Y. Kim,    LAw Offices of Jae Y. Kim, LLC,    One University Plaza,    Suite 212,
                 Hackensack, NJ 07601-6206
515261739      +American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
515545924       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515261735      +CITI Bank,    P.O. Box 769004,    San Antonio, TX 78245-9004
515605734       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515261741      +Capitol One,    4851 Cox Road,    Glen Allen, VA 23060-6293
515261743      +Citizens Bank,    c/o Richard J. Boudreau & Associates LLC,    6 Manor Parkway,
                 Salem, NH 03079-2841
515261744      +District of Columbia,    P.O. Box 37038,    Washington, D.C. 20013-7038
515261749      +Ki Bok Kim,    19 Williamsburg Court,    Wayne, NJ 07470-2939
515261750      +LEAF,    P.O. Box 644006,    Cincinnati, OH 45264-4006
515261737      +Phelan, Hallinan & Diamond, P.C.,    Frank J. Keenan, Esq.,    400 Fellowship Road, Suite 100,
                 Mt. Laurel, NJ 08054-3437
515261738      +TD Bank,    P.O. Box 9001921,    Louisville, KY 40290-1921
515261746      +TJ Maxx,    c/o Foster Garbus & Garbus,    60 Motor Parkway,    Commack, NY 11725-5710
515261747     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   US Bank,    P.O. Box 108,    St. Louis, MO 63166)
515261748      +Wells Fargo,    P.O. Box 6426,    Carol Stream, IL 60197-6426
515554138      +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,    Phoenix, AZ 85038-9482
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2017 00:55:58     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2017 00:55:54     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515261740      +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2017 01:00:28     Banana Republic,
                 5900 North Meadows Drive,    Grove City, OH 43123-9541
515450253      +E-mail/Text: bankruptcy@cavps.com Aug 30 2017 00:56:14     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515261742      +E-mail/Text: bk.notifications@jpmchase.com Aug 30 2017 00:55:42     Chase Bank,
                 P.O. Box 29505,    Phoenix, AZ 85038-9505
515261745      +E-mail/Text: administration@gatestoneco.com Aug 30 2017 00:55:43     FIA Card Services, N.A.,
                 c/o Gatestone,    P.O. Box 101928,    Birmingham, AL 35210-6928
515261736      +E-mail/Text: camanagement@mtb.com Aug 30 2017 00:55:41     Hudson City Savings Bank,
                 West 80 Century Road,    Paramus, NJ 07652-1478
                                                                                              TOTAL: 7
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                                         Signature:  /s/Joseph Speetjens

```
District/off: 0312-2              User: admin                    Page 2 of 2         Date Rcvd: Aug 29, 2017
                                  Form ID: pdf905                Total Noticed: 26
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:

```
          Andrew L. Spivack    on behalf of Creditor    HUDSON CITY SAVINGS BANK nj.bkecf@fedphe.com
          Ari   Jacobson     on behalf of Defendant Soon R Jang ajacobson@songlawfirm.com,
           jhong@songlawfirm.com
          Ari   Jacobson     on behalf of Defendant    Montclair Pizza House, Inc. ajacobson@songlawfirm.com,
           jhong@songlawfirm.com
          Ari   Jacobson     on behalf of Defendant Woody  Jang ajacobson@songlawfirm.com,
           jhong@songlawfirm.com
          Ari   Jacobson     on behalf of Defendant Ji Soon Jang ajacobson@songlawfirm.com,
           jhong@songlawfirm.com
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric R. Perkins     eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
           gdelmonaco@mdmc-law.com
          Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,
           gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com;slahr@mdmc-law.com
          Howard Z. Myerowitz    on behalf of Debtor Ji Soon  Jang hmyerowitz@songlawfirm.com,
           jhong@songlawfirm.com
          Howard Z. Myerowitz    on behalf of Defendant Woody  Jang hmyerowitz@songlawfirm.com,
           jhong@songlawfirm.com
          Howard Z. Myerowitz    on behalf of Joint Debtor Soon Rye  Jang hmyerowitz@songlawfirm.com,
           jhong@songlawfirm.com
          Jae Y. Kim    on behalf of Spec. Counsel Jae Y. Kim jkim@jyklaw.com,
           rmarelic@jyklaw.com;jyklaw@yahoo.com
          Ji Hyun  Ryu    on behalf of Defendant Ji Soon Jang jhong@songlawfirm.com,   qyang@songlawfirm.com
          Ji Hyun  Ryu    on behalf of Defendant Soon R Jang jhong@songlawfirm.com,   qyang@songlawfirm.com
          Kyong  Chung    on behalf of Debtor Ji Soon  Jang kchung@songlawfirm.com,   qyang@songlawfirm.com
          Kyong  Chung    on behalf of Joint Debtor Soon Rye  Jang kchung@songlawfirm.com,
           qyang@songlawfirm.com
          Raymond  Marelic    on behalf of Trustee Eric R. Perkins rmarelic@jyklaw.com,
           jkim@jyklaw.com;rmarelic@gmail.com
          Raymond  Marelic    on behalf of Plaintiff Eric  Perkins rmarelic@jyklaw.com,
           jkim@jyklaw.com;rmarelic@gmail.com
                                                                                             TOTAL: 18
```