Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                         Case No.: 15−10131−JKS
                                         Chapter: 7
                                         Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ji Soon Jang                                                 Soon Rye Jang
   aka Jason Jang                                         7 Irene Place
   7 Irene Place                                           Wayne, NJ 07470
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−1180                                         xxx−xx−6149

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:     3/1/18
Time:    10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
McElroy, Deutsch, Mulvaney & Carpenter, LLC,
Attorneys for Tustee

COMMISSION OR FEES
$1,515.00

EXPENSES
$6.10

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: February 7, 2018
JAN:

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                               Case No. 15-10131-JKS
Ji Soon Jang                                                         Chapter 7
Soon Rye Jang
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0312-2        User: admin                Page 1 of 2          Date Rcvd: Feb 07, 2018
                            Form ID: 137               Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2018.
db/jdb         +Ji Soon Jang,    Soon Rye Jang,    7 Irene Place,    Wayne, NJ 07470-5518
aty            +McElroy Deutsch Mulvaney & Carpenter LLP,    40 W. Ridgewood Avenue,    Ridgewood, NJ 07450-3136
aty            +McElroy, Deutsch, Mulvaney & Carpenter, LLP,    570 Broad Street, Ste. 1500,
                 Newark, NJ 07102-4560
cr             +HUDSON CITY SAVINGS BANK,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
sp             +Jae Y. Kim,    LAw Offices of Jae Y. Kim, LLC,    One University Plaza,   Suite 212,
                 Hackensack, NJ 07601-6206
515261739      +American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
515545924       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
515261735      +CITI Bank,    P.O. Box 769004,    San Antonio, TX 78245-9004
515605734       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515261741      +Capitol One,   4851 Cox Road,    Glen Allen, VA 23060-6293
515261743      +Citizens Bank,    c/o Richard J. Boudreau & Associates LLC,    6 Manor Parkway,
                 Salem, NH 03079-2841
515261744      +District of Columbia,    P.O. Box 37038,    Washington, D.C. 20013-7038
515261749      +Ki Bok Kim,    19 Williamsburg Court,    Wayne, NJ 07470-2939
515261750      +LEAF,    P.O. Box 644006,    Cincinnati, OH 45264-4006
515261737      +Phelan, Hallinan & Diamond, P.C.,    Frank J. Keenan, Esq.,    400 Fellowship Road, Suite 100,
                 Mt. Laurel, NJ 08054-3437
515261738      +TD Bank,    P.O. Box 9001921,    Louisville, KY 40290-1921
515261746      +TJ Maxx,    c/o Foster Garbus & Garbus,    60 Motor Parkway,    Commack, NY 11725-5710
515261747     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,     P.O. Box 108,    St. Louis, MO 63166)
515261748      +Wells Fargo,    P.O. Box 6426,    Carol Stream, IL 60197-6426
515554138      +Wells Fargo Payment Remittance Center,    PO Box 51174,    Los Angeles, CA 90051-5474

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2018 22:56:45     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2018 22:56:42     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515261740      +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2018 22:52:51     Banana Republic,
                 5900 North Meadows Drive,    Grove City, OH 43123-9541
515450253      +E-mail/Text: bankruptcy@cavps.com Feb 07 2018 22:57:04     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515261742      +E-mail/Text: bk.notifications@jpmchase.com Feb 07 2018 22:56:30     Chase Bank,
                 P.O. Box 29505,   Phoenix, AZ 85038-9505
515261745      +E-mail/Text: administration@gatestoneco.com Feb 07 2018 22:56:32     FIA Card Services, N.A.,
                 c/o Gatestone,    P.O. Box 101928,   Birmingham, AL 35210-6928
515261736      +E-mail/Text: camanagement@mtb.com Feb 07 2018 22:56:28     Hudson City Savings Bank,
                 West 80 Century Road,    Paramus, NJ 07652-1478
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2              User: admin                Page 2 of 2                  Date Rcvd: Feb 07, 2018
                                  Form ID: 137               Total Noticed: 27
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2018 at the address(es) listed below:

              Andrew L. Spivack    on behalf of Creditor    HUDSON CITY SAVINGS BANK nj.bkecf@fedphe.com
              Ari  Jacobson    on behalf of Defendant Soon R Jang ajacobson@songlawfirm.com,
               jhong@songlawfirm.com
              Ari  Jacobson    on behalf of Defendant    Montclair Pizza House, Inc. ajacobson@songlawfirm.com,
               jhong@songlawfirm.com
              Ari  Jacobson    on behalf of Defendant Woody  Jang ajacobson@songlawfirm.com,
               jhong@songlawfirm.com
              Ari  Jacobson    on behalf of Defendant Ji Soon Jang ajacobson@songlawfirm.com,
               jhong@songlawfirm.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric R. Perkins    on behalf of Attorney    McElroy Deutsch Mulvaney & Carpenter LLP
               eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Eric R. Perkins     eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,
               gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com;slahr@mdmc-law.com
              Howard Z. Myerowitz    on behalf of Debtor Ji Soon  Jang hmyerowitz@songlawfirm.com,
               jhong@songlawfirm.com
              Howard Z. Myerowitz    on behalf of Defendant Woody  Jang hmyerowitz@songlawfirm.com,
               jhong@songlawfirm.com
              Howard Z. Myerowitz    on behalf of Joint Debtor Soon Rye  Jang hmyerowitz@songlawfirm.com,
               jhong@songlawfirm.com
              Jae Y. Kim    on behalf of Spec. Counsel Jae Y. Kim jkim@jyklaw.com,
               rmarelic@jyklaw.com;rmoon@jyklaw.com;jyklaw@yahoo.com;rchung@jyklaw.com
              Ji Hyun  Ryu    on behalf of Defendant Ji Soon Jang jhong@songlawfirm.com,   qyang@songlawfirm.com
              Ji Hyun  Ryu    on behalf of Defendant Soon R Jang jhong@songlawfirm.com,   qyang@songlawfirm.com
              Kyong  Chung    on behalf of Debtor Ji Soon  Jang kchung@songlawfirm.com,   qyang@songlawfirm.com
              Kyong  Chung    on behalf of Joint Debtor Soon Rye  Jang kchung@songlawfirm.com,
               qyang@songlawfirm.com
              Raymond  Marelic    on behalf of Trustee Eric R. Perkins rmarelic@jyklaw.com,
               jkim@jyklaw.com;rmarelic@gmail.com
              Raymond  Marelic    on behalf of Plaintiff Eric  Perkins rmarelic@jyklaw.com,
               jkim@jyklaw.com;rmarelic@gmail.com
                                                                                             TOTAL: 19