UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-2(c)**

McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
Michael G. Keating, Esq.
40 West Ridgewood Avenue
Ridgewood, New Jersey 07450
Telephone:  201-445-6722
Facsimile:  201-445-5376
Email: mkeating@mdmc-law.com
*Attorneys for Eric R. Perkins, Chapter 7 Trustee for Ji Soon Jang and Soon R. Jang*

In re:

JI SOON JANG AND SOON RYE JANG,

           Debtors.

Order Filed on March 2, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Chapter 7

Case No. 15-10131 (JKS)

Honorable John K. Sherwood, U.S.B.J.

Hearing Date: March 1, 2018 at 10:00 a.m.

# ORDER ALLOWING FIRST AND FINAL COMPENSATION FOR CHAPTER 7 SERVICES TO ATTORNEYS FOR CHAPTER 7 TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 2, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| **Debtors:** | **Ji Soon Jang and Soon Rye Jang** |
| **Case No.** | **15-10131 (JKS)** |
| **Caption Of Order:** | **First and Final Interim Fee Application for Allowances By Attorneys for the Chapter 7 Trustee from April 21, 2015 through January 25, 2018** |

**THIS MATTER** having been presented to the Court upon the Application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Eric R. Perkins, the Chapter 7 Trustee of the Debtors herein, for a first and final allowance of compensation for the period of time from April 21, 2015 through January 25, 2018, for Chapter 7 services performed to the Chapter 7 Trustee, and the Court having reviewed said Application; and for good cause shown; it is hereby

**ORDERED** that McElroy, Deutsch, Mulvaney & Carpenter, LLC be, and is hereby, allowed the sum of $1,515.00 representing first and final compensation for professional fees and $6.10 representing first and final out-of-pocket disbursements, for a total of $1,521.10 .

2