LAW OFFICES OF JAE Y. KIM, LLC
One University Plaza, Suite 212
Hackensack, New Jersey 07601
E-Mail: jkim@jyklaw.com
Tel: (201) 488-8600
Fax: (201) 488-8633
Special Counsel to
Chapter 7 Trustee Eric Perkins

**Order Filed on March 2, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

In re:

JI SOON JANG & SOON R. JANG,

Debtors.

Case No:   15-10131 (JKS)

Chapter 7

Judge:  John K. Sherwood

## ORDER ALLOWING FIRST AND FINAL COMPENSATION TO SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 2, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtors: Ji Soon Jang and Soon R. Jang
Case No. 15-10131 (JKS)
Caption Of Order: First and Final Fee Application for Allowances By Special Counsel to the Chapter 7 Trustee from April 30, 2015 through January 25, 2018

THIS MATTER having been presented to the Court upon the Application of The Law Offices of Jae Y. Kim, LLC, Special Counsel to Eric R. Perkins, the Chapter 7 Trustee of the Debtors herein, for a first and final allowance of compensation for the period of time from April 30, 2015 through January 25, 2018, for legal services performed to the Chapter 7 Trustee, and the Court having reviewed said Application; and for good cause shown; it is hereby

ORDERED that The Law Offices of Jae Y. Kim, LLC be, and is hereby, allowed the sum of $10,642.50 representing first and final compensation for professional fees and $1,335.89 representing first and final out-of-pocket disbursements, for a total of $11,978.39.