|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-2(c)**<br><br>McELROY, DEUTSCH, MULVANEY &<br>CARPENTER, LLP<br>Michael G. Keating, Esq.<br>40 West Ridgewood Avenue<br>Ridgewood, New Jersey 07450<br>Telephone:  201-445-6722<br>Facsimile:  201-445-5376<br>Email:  mkeating@mdmc-law.com<br>*Attorneys for Eric R. Perkins, Chapter 7 Trustee for Ji Soon Jang and Soon R. Jang* | **Order Filed on March 2, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>JI SOON JANG AND SOON RYE JANG,<br><br>                    Debtors. | Chapter 7<br><br>Case No. 15-10131 (JKS)<br><br>Honorable John K. Sherwood, U.S.B.J.<br><br>Hearing Date: March 1, 2018 at 10:00 a.m. |

## ORDER ALLOWING FIRST AND FINAL COMPENSATION FOR CHAPTER 7 SERVICES TO ATTORNEYS FOR CHAPTER 7 TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 2, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| **Debtors:** | **Ji Soon Jang and Soon Rye Jang** |
| **Case No.** | **15-10131 (JKS)** |
| **Caption Of Order:** | **First and Final Interim Fee Application for Allowances By Attorneys for the Chapter 7 Trustee from April 21, 2015 through January 25, 2018** |

**THIS MATTER** having been presented to the Court upon the Application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Eric R. Perkins, the Chapter 7 Trustee of the Debtors herein, for a first and final allowance of compensation for the period of time from April 21, 2015 through January 25, 2018, for Chapter 7 services performed to the Chapter 7 Trustee, and the Court having reviewed said Application; and for good cause shown; it is hereby

**ORDERED** that McElroy, Deutsch, Mulvaney & Carpenter, LLC be, and is hereby, allowed the sum of $1,515.00 representing first and final compensation for professional fees and $6.10 representing first and final out-of-pocket disbursements, for a total of $1,521.10 .

United States Bankruptcy Court
District of New Jersey

In re:
Ji Soon Jang
Soon Rye Jang
    Debtors

Case No. 15-10131-JKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 02, 2018
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2018.
db/jdb      +Ji Soon Jang,   Soon Rye Jang,   7 Irene Place,   Wayne, NJ 07470-5518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2018 at the address(es) listed below:
          Andrew L. Spivack   on behalf of Creditor   HUDSON CITY SAVINGS BANK nj.bkecf@fedphe.com
          Ari Jacobson   on behalf of Defendant Soon R Jang ajacobson@songlawfirm.com,
           jhong@songlawfirm.com
          Ari Jacobson   on behalf of Defendant   Montclair Pizza House, Inc. ajacobson@songlawfirm.com,
           jhong@songlawfirm.com
          Ari Jacobson   on behalf of Defendant Woody   Jang ajacobson@songlawfirm.com,
           jhong@songlawfirm.com
          Ari Jacobson   on behalf of Defendant Ji Soon Jang ajacobson@songlawfirm.com,
           jhong@songlawfirm.com
          Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric R. Perkins   on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,
           gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com;slahr@mdmc-law.com
          Eric R. Perkins   on behalf of Attorney   McElroy Deutsch Mulvaney & Carpenter LLP
           eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
           gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
          Eric R. Perkins    eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
           gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
          Howard Z. Myerowitz   on behalf of Defendant Woody   Jang hmyerowitz@songlawfirm.com,
           jhong@songlawfirm.com
          Howard Z. Myerowitz   on behalf of Joint Debtor Soon Rye   Jang hmyerowitz@songlawfirm.com,
           jhong@songlawfirm.com
          Howard Z. Myerowitz   on behalf of Debtor Ji Soon   Jang hmyerowitz@songlawfirm.com,
           jhong@songlawfirm.com
          Jae Y. Kim   on behalf of Spec. Counsel Jae Y. Kim jkim@jyklaw.com,
           rmarelic@jyklaw.com;jyklaw@yahoo.com;rchung@jyklaw.com
          Ji Hyun Ryu   on behalf of Defendant Ji Soon Jang jhong@songlawfirm.com,   qyang@songlawfirm.com
          Ji Hyun Ryu   on behalf of Defendant Soon R Jang jhong@songlawfirm.com,   qyang@songlawfirm.com
          Kyong Chung   on behalf of Debtor Ji Soon   Jang kchung@songlawfirm.com,   qyang@songlawfirm.com
          Kyong Chung   on behalf of Joint Debtor Soon Rye   Jang kchung@songlawfirm.com,
           qyang@songlawfirm.com
          Raymond Marelic   on behalf of Plaintiff Eric   Perkins rmarelic@jyklaw.com,
           jkim@jyklaw.com;rmarelic@gmail.com
          Raymond Marelic   on behalf of Trustee Eric R. Perkins rmarelic@jyklaw.com,
           jkim@jyklaw.com;rmarelic@gmail.com
                                                               TOTAL: 19