LAW OFFICES OF JAE Y. KIM, LLC
One University Plaza, Suite 212
Hackensack, New Jersey 07601
E-Mail: jkim@jyklaw.com
Tel: (201) 488-8600
Fax: (201) 488-8633
Special Counsel to
Chapter 7 Trustee Eric Perkins

**Order Filed on March 2, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

In re:

JI SOON JANG & SOON R. JANG,

Debtors.

Case No:    15-10131 (JKS)

Chapter 7

Judge:    John K. Sherwood

### ORDER ALLOWING FIRST AND FINAL COMPENSATION TO SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 2, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtors: Ji Soon Jang and Soon R. Jang
Case No. 15-10131 (JKS)
Caption Of Order: First and Final Fee Application for Allowances By Special Counsel to the Chapter 7 Trustee from April 30, 2015 through January 25, 2018

THIS MATTER having been presented to the Court upon the Application of The Law Offices of Jae Y. Kim, LLC, Special Counsel to Eric R. Perkins, the Chapter 7 Trustee of the Debtors herein, for a first and final allowance of compensation for the period of time from April 30, 2015 through January 25, 2018, for legal services performed to the Chapter 7 Trustee, and the Court having reviewed said Application; and for good cause shown; it is hereby

ORDERED that The Law Offices of Jae Y. Kim, LLC be, and is hereby, allowed the sum of $10,642.50 representing first and final compensation for professional fees and $1,335.89 representing first and final out-of-pocket disbursements, for a total of $11,978.39.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-10131-JKS
Ji Soon Jang                                                            Chapter 7
Soon Rye Jang
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Mar 02, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2018.
db/jdb         +Ji Soon Jang,   Soon Rye Jang,   7 Irene Place,   Wayne, NJ 07470-5518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    HUDSON CITY SAVINGS BANK nj.bkecf@fedphe.com
              Ari  Jacobson    on behalf of Defendant Soon R Jang ajacobson@songlawfirm.com,
               jhong@songlawfirm.com
              Ari  Jacobson    on behalf of Defendant   Montclair Pizza House, Inc. ajacobson@songlawfirm.com,
               jhong@songlawfirm.com
              Ari  Jacobson    on behalf of Defendant Woody  Jang ajacobson@songlawfirm.com,
               jhong@songlawfirm.com
              Ari  Jacobson    on behalf of Defendant Ji Soon Jang ajacobson@songlawfirm.com,
               jhong@songlawfirm.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,
               gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com;slahr@mdmc-law.com
              Eric R. Perkins    on behalf of Attorney    McElroy Deutsch Mulvaney & Carpenter LLP
               eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Eric R. Perkins     eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Howard Z. Myerowitz    on behalf of Defendant Woody  Jang hmyerowitz@songlawfirm.com,
               jhong@songlawfirm.com
              Howard Z. Myerowitz    on behalf of Joint Debtor Soon Rye  Jang hmyerowitz@songlawfirm.com,
               jhong@songlawfirm.com
              Howard Z. Myerowitz    on behalf of Debtor Ji Soon  Jang hmyerowitz@songlawfirm.com,
               jhong@songlawfirm.com
              Jae Y. Kim    on behalf of Spec. Counsel Jae Y. Kim jkim@jyklaw.com,
               rmarelic@jyklaw.com;jyklaw@yahoo.com;rchung@jyklaw.com
              Ji Hyun  Ryu    on behalf of Defendant Ji Soon Jang jhong@songlawfirm.com,  qyang@songlawfirm.com
              Ji Hyun  Ryu    on behalf of Defendant Soon R Jang jhong@songlawfirm.com,  qyang@songlawfirm.com
              Kyong  Chung    on behalf of Debtor Ji Soon  Jang kchung@songlawfirm.com,  qyang@songlawfirm.com
              Kyong  Chung    on behalf of Joint Debtor Soon Rye  Jang kchung@songlawfirm.com,
               qyang@songlawfirm.com
              Raymond  Marelic    on behalf of Plaintiff Eric  Perkins rmarelic@jyklaw.com,
               jkim@jyklaw.com;rmarelic@gmail.com
              Raymond  Marelic    on behalf of Trustee Eric R. Perkins rmarelic@jyklaw.com,
               jkim@jyklaw.com;rmarelic@gmail.com
                                                                                               TOTAL: 19