| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br> DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Eric  R. Perkins<br>40 W. Ridgewood Ave.<br>Ridgewood, NJ 07450<br>Chapter 7 Trustee | **Order Filed on June 11, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>Jang, Ji Soon & Jang, Soon Rye<br><br>　　　　Debtors | Case No.: 15-10131-JKS<br><br>Judge: JOHN K. SHERWOOD |

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

_____
　　　　Honorable John K. Sherwood
　　　　United States Bankruptcy Court

**DATED: June 11, 2018**

*/s/ John K. Sherwood*
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Jang, Ji Soon & Jang, Soon Rye
Case No.: 15-10131-JKS
Caption of Order: Order Awarding Trustee's Compensation and Expenses

_____

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $1,875.00 is reasonable compensation for the services in this case by Eric R. Perkins, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $2.40 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.