UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
Eric R. Perkins
40 W. Ridgewood Ave.
Ridgewood, NJ 07450
Chapter 7 Trustee

**Order Filed on June 11, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:
Jang, Ji Soon & Jang, Soon Rye

    Debtors

Case No.: 15-10131-JKS

Judge: JOHN K. SHERWOOD

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: June 11, 2018**

*/s/ John K. Sherwood*
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Jang, Ji Soon & Jang, Soon Rye
Case No.: 15-10131-JKS
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $<u>1,875.00</u> is reasonable compensation for the services in this case by Eric R. Perkins, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $<u>2.40</u> is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:
Ji Soon Jang
Soon Rye Jang
    Debtors

Case No. 15-10131-JKS
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 11, 2018
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2018.
db/jdb        +Ji Soon Jang,    Soon Rye Jang,    7 Irene Place,    Wayne, NJ 07470-5518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2018 at the address(es) listed below:
       Andrew L. Spivack    on behalf of Creditor    HUDSON CITY SAVINGS BANK nj.bkecf@fedphe.com
       Ari Jacobson    on behalf of Defendant Soon R Jang ajacobson@songlawfirm.com, jhong@songlawfirm.com
       Ari Jacobson    on behalf of Defendant   Montclair Pizza House, Inc. ajacobson@songlawfirm.com, jhong@songlawfirm.com
       Ari Jacobson    on behalf of Defendant Woody   Jang ajacobson@songlawfirm.com, jhong@songlawfirm.com
       Ari Jacobson    on behalf of Defendant Ji Soon Jang ajacobson@songlawfirm.com, jhong@songlawfirm.com
       Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com, gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com;slahr@mdmc-law.com
       Eric R. Perkins    on behalf of Attorney   McElroy Deutsch Mulvaney & Carpenter LLP eperkins@mdmc-law.com, slahr@mdmc-law.com,nj42@ecfcbis.com, gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
       Eric R. Perkins    eperkins@mdmc-law.com, slahr@mdmc-law.com,nj42@ecfcbis.com, gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
       Howard Z. Myerowitz    on behalf of Defendant Woody   Jang hmyerowitz@songlawfirm.com, jhong@songlawfirm.com
       Howard Z. Myerowitz    on behalf of Joint Debtor Soon Rye   Jang hmyerowitz@songlawfirm.com, jhong@songlawfirm.com
       Howard Z. Myerowitz    on behalf of Debtor Ji Soon   Jang hmyerowitz@songlawfirm.com, jhong@songlawfirm.com
       Jae Y. Kim    on behalf of Spec. Counsel Jae Y. Kim jkim@jyklaw.com, rmarelic@jyklaw.com;jyklaw@yahoo.com;rchung@jyklaw.com
       Ji Hyun Ryu    on behalf of Defendant Ji Soon Jang jhong@songlawfirm.com, qyang@songlawfirm.com
       Ji Hyun Ryu    on behalf of Defendant Soon R Jang jhong@songlawfirm.com, qyang@songlawfirm.com
       Kyong Chung    on behalf of Debtor Ji Soon   Jang kchung@songlawfirm.com, qyang@songlawfirm.com
       Kyong Chung    on behalf of Joint Debtor Soon Rye   Jang kchung@songlawfirm.com, qyang@songlawfirm.com
       Raymond Marelic    on behalf of Plaintiff Eric   Perkins rmarelic@jyklaw.com, jkim@jyklaw.com;rmarelic@gmail.com
       Raymond Marelic    on behalf of Trustee Eric R. Perkins rmarelic@jyklaw.com, jkim@jyklaw.com;rmarelic@gmail.com
                                                                                                                   TOTAL: 19