Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  15−10131−JKS
        Chapter:  7
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ji Soon Jang | Soon Rye Jang |
| aka Jason Jang | 7 Irene Place |
| 7 Irene Place | Wayne, NJ 07470 |
| Wayne, NJ 07470 | |

Social Security No.:
  xxx−xx−1180                                   xxx−xx−6149

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Eric R. Perkins is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 25, 2018</u>         <u>John K. Sherwood</u>
                                                Judge, United States Bankruptcy Court